Opinion filed November 3, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed November 3, 2005

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00310-CV

 

                                                    __________

 

                               STANLEY
CLAUD WRIGHT, Appellant

 

                                                             V.

 

                               CAROLYN
DIANE WRIGHT, Appellee

 



 

                                          On
Appeal from the 29th District Court

 

                                                      Palo
Pinto County, Texas

 

                                                    Trial
Court Cause No. 40712

 



 

                                              M
E M O R A N D U M  O P I N I O N

 

Stanley Claud Wright has perfected an appeal from
the judgment signed on July 13, 2005. Stanley did not file an affidavit of
inability to pay costs on appeal at the time he filed his notice of
appeal.  TEX.R.APP.P. 20.1.  Stanley has been directed by this court to
file the required filing fee.  TEX.R.APP.P.
5.  There has been no reply to our
letters dated September 16, 2005, and October 13, 2005.








The appeal is dismissed.  TEX.R.APP.P. 42.3.

 

PER CURIAM

 

November 3, 2005

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.